IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
SAMMIE A. SMITH,                )
                                )
    Plaintiff,                  )
                                )
    5.                          )  CIVIL ACTION NO.
                                )  2:09cv508-MHT
THOMAS HEAD, CIRCUIT JUDGE,     )       (WO)
PIKE COUNTY, ALABAMA; and       )
TERRI WILLINGHAM THOMAS,        )
JUDGE, STATE OF ALABAMA         )
COURT OF CIVIL APPEALS          )
                                )
    Defendants.                 )
```

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court:

(1) That plaintiff Sammie A. Smith's motion to proceed in forma pauperis (Doc. No. 2) is granted to the extent that the complaint shall be filed without the prepayment of fees; and

(2) That plaintiff Smith's complaint is dismissed without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i)-(iii).

It is further ORDERED that costs are taxed against plaintiff Smith, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 4th day of June, 2009.

                         /s/ Myron H. Thompson
                       UNITED STATES DISTRICT JUDGE